IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:22-cv-245

| | |
|---|---|
| MARIAN TAYLOR, M.D. and LILLIA LAPLACE, M.D., | )<br>)<br>) |
| Plaintiffs, | )   STIPULATION OF DISMISSAL |
| v. | )<br>)<br>) |
| MISSION HEALTH COMMUNITY MULTISPECIALTY PROVIDERS, LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that this action is dismissed with prejudice and without costs under Fed. R. Civ. P. 41(a)(1)(A)(ii).

This the 13th day of February, 2023.

| GARDNER SKELTON PLLC | ROBERTS & STEVENS, PA |
|---|---|
| */s/ Nicole K. Haynes* | */s/ Phillip Jackson* |
| Jared E. Gardner (N.C. State Bar No. 28275) | Phillip Jackson (NC #21134) |
| Nicole K. Haynes (N.C. State Bar No. 47793) | pjackson@roberts-stevens.com |
| 505 East Boulevard | John Noor (NC #43102) |
| Charlotte, North Carolina 28203 | jnoor@roberts-stevens.com |
| Telephone: (704) 335-0350 | David C. Hawisher (NC #55502) |
| Facsimile: (704) 390-7027 | dhawisher@roberts-stevens.com |
| jared@gardnerskelton.com | PO Box 7647 |
| nicoleh@gardnerskelton.com | Asheville, NC 28802 |
| *Attorneys for Plaintiffs* | (828) 252-6600 |
| | *Counsel for Defendant* |